AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LKT SERVICES & COMPANIES, LLC<br><br>*Plaintiff(s)*<br>v.<br>JOSHUA ELI PANCAMO and<br>SINZ BURRITOS LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:24-cv-10074-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joshua Eli Pancamo
1218 Seminary St
Key West, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicole Berkowitz Riccio
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
200 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  09/20/2024

Angela E. Noble
Clerk of Court

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LKT SERVICES & COMPANIES, LLC<br><br>*Plaintiff(s)*<br>v.<br>JOSHUA ELI PANCAMO and<br>SINZ BURRITOS LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:24-cv-10074-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sinz Burritos LLC
c/o Steven R. Pribramsky - Registered Agent
937 Fleming Street
Key West, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicole Berkowitz Riccio
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
200 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   09/20/2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts